**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-7625**

—————————

JACORI ANDRE CARTER,

　　　　　　　　Plaintiff - Appellant,

　　　　v.

D. FARMER, Correctional Officer; JOHNNY HALL, Correctional
Officer; CHRISTOPHER GILBERT, Sergeant,

　　　　　　　　Defendants – Appellees,

　　　　and

NURSE MEADE, LPN; TONY ADAMS, Investigator Sgt.; T. S. RAY,
Warden; C/O RAMEY, Correctional Officer; PRISON GUARD
POWERS, Correctional Officer; NURSE A. BOWENS; L. YATES,
LPN; ROLETTE, Assistant Warden; J. LAMBERT, Sergeant; R.
MULLINS, Grievance Coordinator,

　　　　　　　　Defendants.

—————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.　Glen E. Conrad, Chief
District Judge. (7:12-cv-00008-GEC-RSB)

—————————

Submitted:　March 28, 2013　　　　Decided:　April 9, 2013

—————————

Before DAVIS, WYNN, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jacori Andre Carter, Appellant Pro Se.  Lara Kate Jacobs, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacori Andre Carter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Carter's motion to appoint counsel, and we affirm for the reasons stated by the district court.[*] Carter v. Farmer, No. 7:12-cv-00008-GEC-RSB (W.D. Va. Sept. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We reject Carter's challenge to the district court's refusal to sanction Defendants for their alleged spoliation of evidence.

3